**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7339**

_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

HENRY LEE TAYLOR, JR., a/k/a James Blair, a/k/a Junebug, a/k/a Bug, a/k/a J.B.,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda L. Wright Allen, District Judge. (4:11-cr-00055-AWA-DEM-1)

_____

Submitted:  January 11, 2016        Decided:  January 26, 2016

_____

Before KEENAN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Henry Lee Taylor, Jr., Appellant Pro Se. Robert Edward Bradenham II, Assistant United States Attorney, Newport News, Virginia; Dee Mullarkey Sterling, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Lee Taylor, Jr., appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Taylor</u>, No. 4:11-cr-00055-AWA-DEM-1 (E.D. Va. Aug. 14, 2015). Taylor's motion to seal is granted. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>
